AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TIA GRIFFIN,

        Plaintiff,

v.

SPOKANE PUBLIC SCHOOL DISTRICT NO. 81,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-419-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this matter is dismissed with prejudice pursuant to the Order of Dismissal entered on February 15, 2011, Ct. Rec. 7.

February 15, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas